IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CONNIE J. JOHNSON,** | ) | CASE NO. 4:08CV3231 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **MICHAEL J. ASTRUE, as** | ) | |
| **Commissioner of the Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Plaintiff's Second Motion for Extension of Time (Filing No. 20). The Plaintiff requests an extension of time to file her brief, from April 13, 2009, until May 13, 2009. The Plaintiff has informed the Court that the Defendant's counsel has been contacted and has no objection to an enlargement of time. The Court finds the motion should be granted.

IT IS ORDERED:

1. The Plaintiff's Motion for Extension of Time (Filing No. 20) is granted;

2. The Plaintiff shall file her brief in support of her appeal on or before May 13, 2009;

3. The Defendant shall file his responsive brief on or before June 12, 2009; and

4. This case will be ripe for decision on June 15, 2009.

DATED this 9th day of April, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge