IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CONNIE J. JOHNSON,** | CASE NO. 4:08CV3231 |
| **Plaintiff,** | |
| v. | ORDER |
| **MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,** | |
| **Defendant.** | |

This matter is before the Court on the Defendant's Motion for Extension of Time to Respond to Plaintiff's Brief (Filing No. 23). The Defendant requests a continuance from June 12, 2009, until July 13, 2009.

IT IS ORDERED:

1. The Defendant's Motion for Extension of Time to Respond to Plaintiff's Brief (Filing No. 23) is granted;

2. The Defendant's response shall be filed on or before July 13, 2009; and

3. The case will be ripe for decision on July 14, 2009.

DATED this 12th day of June, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge