IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CONNIE J. JOHNSON,** | ) | **CASE NO. 4:08CV3231** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **MICHAEL J. ASTRUE, as** | ) | |
| **Commissioner of the Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Plaintiff's Motion for Leave to File Reply Brief (Filing No. 26). The Plaintiff requests leave to file a brief in response to the Defendant's brief in support of the Commissioner's final administrative decision, filed on July 13, 2009 (Filing No. 25). The Court finds the motion should be granted.

IT IS ORDERED:

1. The Plaintiff's Motion for Leave to File Reply Brief (Filing No. 26) is granted;

2. The Plaintiff shall file her Reply Brief on or before July 20, 2009; and

3. This case will be ripe for decision on July 21, 2009.

DATED this 15th day of July, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge